UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

In re

ROMAN CATHOLIC ARCHBISHOP OF
PORTLAND IN OREGON, and successors,
a corporation sole, dba Archdiocese of
Portland in Oregon

Interested Parties/Claimants:  D.S.

Case No. 3:20-mc-01041-YY

OPINION AND ORDER

YOU Magistrate Judge:

On October 8, 2020, the Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba Archdiocese of Portland in Oregon filed a motion asking this court to approve a settlement with D.S. in the amount of $350,000 from the Future Claims Trust. ECF #3.  Pursuant to Section 6.4.5 of the "Third Amended and Restated Joint Plan of Reorganization of Debtor, Tort Claimants Committee, Future Claimants Representative, and Parish and Parishioners Committee (dated April 9, 2007)" [Docket No. 5005 in In re Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba Archdiocese of Portland in Oregon, D. Or. Bankr. Case No. 04-37154] ("the Plan"), any settlement is "subject to approval of the District Court in accordance with the procedures set forth in Section 11.8 of the Plan."

1 – OPINION AND ORDER

Here, a mediation was held on September 22, 2020, and settlement negotiations continued until an agreement was made to settle D.S.'s claim for $350,000 from the Future Claims Trust. As required by Section11.8 of the Plan, notice of at least 20 days (plus three days if served by mail) was provided at the same time the motion was filed.  The notice period expired on November 2, 20200, and no objections have been filed.  Counsel for D.S. do not oppose this motion.

In the absence of objection by any interested party, and in consideration of the size of the proposed payment at issue relative to the amount remaining in the Future Claims Trust, the court finds no reason exists to deny approval of the parties' proposed settlement.

## CONCLUSION

For the reasons set forth above, the motion (ECF #3) to approve the settlement with D.S in the amount of $350,000 from the Future Claims Trust is GRANTED.

**IT IS SO ORDERED**.

DATED this 5th day of November 2020.

      /s/ Youlee Yim You
      Youlee Yim You
      United States Magistrate Judge

3 – OPINION AND ORDER